# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 16, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146604

IN RE KNOP
_____

LORI KNOP,

      Plaintiff,

v

WASHTENAW CIRCUIT COURT JUDGE,

      Defendant.
_____

SC: 146604
CoA: 311117

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of February 5, 2013, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 16, 2013                                        _____

jam                                                    Clerk